JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **JOSE LUIS ARIAS-SALAZAR,**<br>**Petitioner,**<br>**v.**<br><br>**WARDEN, ADELANTO ICE PROCESSING CENTER,**<br>**Respondent.** | ) | **NO. 5:26-cv-02794-KS**<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is **GRANTED** and that relief is awarded as set forth in the Court's Memorandum Opinion and Order.

DATED: July 29, 2026

Karen L. Stevenson
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE